1022

COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. Amelia E. COLLINS,
Respondent.

No. 10849.

Circuit Court of Appeals, Ninth Circuit.

Feb. 18, 1946.

Sewall Key, Acting Asst. Atty. Gen., for petitioner.

Joseph D. Brady and Walter L. Nossaman, both of Los Angeles, Cal., for respondent.

Before DENMAN, BONE, and ORR, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of Mr. Sewall Key, Acting Assistant Attorney General, counsel for the petitioner, and it appearing therefrom that the Bureau of Internal Revenue has determined to acquiesce in the decision of the Tax Court of the United States entered in the above cause and has withdrawn its prior nonacquiescence in such decision, and because of this, that counsel for petitioner believes that further prosecution of the petition for review in this cause is no longer warranted, it is ordered that the petition to review in this cause be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

George B. GANN, Jr., Appellant, v. Dr. M. J.
PESCOR, Warden, United States Medical Center for Federal Prisoners, Springfield, Missouri.

No. 13317.

Circuit Court of Appeals, Eighth Circuit.

Feb. 26, 1946.

George B. Gann, Jr., pro se.

Sam M. Wear, U. S. Atty., and Richard H. Musser, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee and consent of appellant.

C. E. JOYCE and J. E. Pfeifer, Appellants,
v. UNITED STATES of America.

No. 12898.

Circuit Court of Appeals, Eighth Circuit.

Feb. 14, 1946.

J. K. Murray, of Bismarck, N. D., and Charles G. Bangert, of Fargo, N. D., for appellant J. E. Pfeifer.

P. W. Lanier, U. S. Atty., of Fargo, N. D., and Joseph P. Stevens, Asst. U. S. Atty., of Minot, N. D., for appellee.

PER CURIAM.

Judgment of District Court against defendant-appellant J. E. Pfeifer, deceased, abated and appeal dismissed as to him. On appeal of defendant-appellant C. E. Joyce judgment and sentence of District Court affirmed in opinion by Judge Thomas, Judge Woodrough dissenting, filed February 14, 1946, reported in 8 Cir., 153 F.2d 364.